PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 06-10124 |
| DOCKET NUMBER *(Rec. Court)* | 1:07-CR-146-01S |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Anthony Carroll<br>104 Francis Avenue<br>Pawtucket, RI 02860 | DISTRICT OF MASSACHUSETTS | Criminal, D/MA, Boston |

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| The Honorable Nathaniel M. Gorton | | |
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/26/07 | TO 9/25/2010 |

OFFENSE

Conspiracy to Possess With Intent to Distribute, and to Distribute Oxycodone and Morphine, 21 USC §846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/28/07
*Date*

Nathaniel M. Gorton
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/4/07
*Effective Date*

Mary M. Lisi
*United States District Judge*